UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
GREENBELT

IN RE:  BCN#: 19-19424

GREGORY J CASAMENTO  Chapter 13

　　　　　Debtor(s)

BANK OF AMERICA, N.A.
and its assignees and/or
successors in interests,

　　　　　Movant/Secured Creditor,
v.

GREGORY J CASAMENTO

　　　　　Debtor

and

Jennifer Lee Casamento
　　　　　Co-Debtor

## PRAECIPE

THE CLERK WILL PLEASE note, and those to whom this notice is directed as indicated in the certificate below, will please take notice that:

1. The undersigned is counsel of record for BANK OF AMERICA, N.A., a secured creditor of the above referenced Debtor whose debt is secured by real property.

2. That the Motion for Order Granting Relief from Automatic Stay was filed in this Court on October 14, 2019 concerning the above mentioned Debtor.

3. Counsel requests that a hearing be scheduled as the parties have been unable to reach an agreement.

By Counsel ___/s/ Malcolm B. Savage, III _____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
SHAPIRO & BROWN, LLP
10021 Balls Ford Road, Suite 200
Manassas, VA 20109
(703) 449-5800 / 19-280521
ecf@logs.com

CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2019 the following person(s) were served a copy of the foregoing Notice in the manner described below:

Via CM/ECF Electronic Notice

    James R. Logan
    James R. Logan P.A.                                              Debtor's
    2419 Maryland Avenue                                          Attorney
    Baltimore, MD 21218

    Timothy P. Branigan
    9891 Broken Land Parkway
    Suite 301                                                             Trustee
    Columbia, MD 21046

Via First Class Mail, Postage Prepaid:

    Gregory J Casamento
    14218 Oxford Drive                                                  Debtor
    Laurel, MD 20707

    Jennifer Lee Casamento
    14218 Oxford Drive
    Laurel, MD 20707

                                                                                        Co-Debtor

/s/ Malcolm B. Savage, III
---
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
SHAPIRO & BROWN, LLP

10021 Balls Ford Road, Suite 200  
Manassas, VA 20109  
(703) 449-5800  
ecf@logs.com 19-280521