```
Case Number:   19-19424

Timothy P. Branigan      cmecf@chapter13maryland.com
James R. Logan      jamesrloganpa@gmail.com,
myecfjameslogan@gmail.com;G35473@notify.cincompass.com;3815076420@filings.docketbird
.com
Malcolm Brooks Savage      ecf@logs.com
William M. Savage      ecf@logs.com, bsavage@logs.com

19-19424|BANK OF AMERICA, N.A. |C/O Shapiro & Brown, LLP|501 Independence
Parkway|Suite 203|Chesapeake, VA 23320-5174||
19-19424|AT&T Mobility II LLC |%AT&T SERVICES INC.|KAREN A. CAVAGNARO   PARALEGAL|ONE
AT&T WAY, SUITE 3A104|BEDMINSTER, NJ. 07921-2693| |
19-19424|American Collections E |205 S Whiting St Ste 500|Alexandria, VA 22304-3632|
|||
19-19424|BGE |PO Box 1475|Baltimore, MD 21203-1475| |||
19-19424|Bk Of Amer | |||||undeliverable
19-19424|CAPITAL ONE|PO BOX 30285|SALT LAKE CITY UT 84130-0285||||preferred
19-19424|Capital One Bank (USA), N.A. |4515 N Santa Fe Ave|Oklahoma City, OK
73118-7901| |||
19-19424|Carrington Mortgage Se |1600 S Douglass Rd Ste 2|Anaheim, CA 92806-5951|
|||
19-19424|Carrington Mortgage Services, LLC |1600 South Douglass Road|Anaheim, CA
92806-5951| |||
19-19424|Comptroller of MD |301 W. Preston St #409|Baltimore, MD 21201-2396| |||
19-19424|Comptroller of the Treasury |Compliance Division, Room 409|301 W. Preston
Street|Baltimore, MD 21201-2305| ||
19-19424|Credit Service Co |Po Box 1120|Colorado Springs, CO 80901-1120| |||
19-19424|DreamHome Remodeling, Inc. |8000 Forbes Place|Suite 101|Springfield, VA
22151-2203| ||
19-19424|Hsbc Bank Usa, N.A. |2929 Walden Ave|Depew, NY 14043-2690| |||
19-19424|Internal Revenue Service |PO Box 7346|Philadelphia, PA 19101-7346| |||
19-19424|Main Street Merchant Services Inc. |c/o Zachter PLLC|2 University
Plaza|Suite 205|Hackensack, NJ 07601-6211| |
19-19424|Midwst Rcvry |514 Earth City Plaza Suite 100|Earth City, MO 63045-1303| |||
19-19424|Oakpointe Homeowners Association |c/o Lawrence I. Wachtel, Esq.|1401
Rockville Pike, Suite 560|Rockville, Maryland 20852-1434| ||
19-19424|Prince George's County, Maryland |c/o Meyers, Rodbell & Rosenbaum,
P.A.|6801 Kenilworth Ave., Ste. 400|Riverdale Park, MD 20737-1331| ||
19-19424|Prince George's County |Treasurer Division|Room 1090|Upper Marlboro, MD
20772| ||
19-19424|Sst/Eloan |4315 Pickett Road|St Joseph, MO 64503-1600| |||
19-19424|State of Maryland DLLR |Division of Unemployment Insurance|1100 N. Eutaw
Street, Room 401|Baltimore, MD 21201-2225| ||
19-19424|Tea Olive, LLC |PO BOX 1931|Burlingame, CA 94011-1931| |||
19-19424|U.S. Department of Housing and Urban Develop|451 7th Street
S.W.|Washington, DC 20410-0002| |||
19-19424|Verizon |by American InfoSource as agent|4515 N Santa Fe Ave|Oklahoma City,
OK 73118-7901| ||
19-19424|Gregory J Casamento |14218 Oxford Drive|Laurel, MD 20707-5852||||
```

```
19-19424|James R. Logan |James R. Logan P.A.|2419 Maryland Avenue|Baltimore, MD 21218-9806|||
19-19424|Timothy P. Branigan |9891 Broken Land Parkway|Suite 301|Columbia, MD 21046-3002|||
```

Total Labels 28