UNITED STATES BANKRUPTCY COURT
DISTRICT OF MARYLAND
Greenbelt

IN RE:                                                             BCN#:     19-19424

GREGORY J CASAMENTO

         Debtor(s)

Chapter    13

BANK OF AMERICA, N.A.
and its assignees and/or
successors in interest,
         Movant/Secured Creditor,
v.

GREGORY J CASAMENTO

         Debtor(s)

and
Jennifer Lee Casamento
         Co-Debtor

## PRAECIPE

THE CLERK WILL PLEASE note, and those to whom this notice is directed as indicated in the certificate below, will please take notice that:

1. The undersigned is counsel of record for BANK OF AMERICA, N.A., a secured creditor of the above referenced Debtor(s) whose debt is secured by real property.

2. Counsel requests that the Objection to Plan filed in this court on August 7, 2019, concerning the above mentioned Debtor be withdrawn.

By Counsel __/s/ Malcolm B. Savage, III ____
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
SHAPIRO & BROWN, LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800
ecf@logs.com
19-280521

CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2020 the following person(s) were served a copy of the foregoing Notice in the manner described below:

Via CM/ECF Electronic Notice

| | |
|---|---|
| James R. Logan<br>James R. Logan P.A.<br>2419 Maryland Avenue<br>Baltimore, MD 21218 | Debtor's Attorney |
| Timothy P. Branigan<br>9891 Broken Land Parkway<br>Suite 301<br>Columbia, MD 21046 | Trustee |

Via First Class Mail, Postage Prepaid:

| | |
|---|---|
| Gregory J Casamento<br>14218 Oxford Drive<br>Laurel, MD 20707 | Debtor(s) |
| Jennifer Lee Casamento<br>14218 Oxford Drive<br>Laurel, MD 20707 | Co-Debtor |

\_\_\_/s/ Malcolm B. Savage, III \_\_\_
William M. Savage, Esquire
Federal I.D. Bar No. 06335
Kristine D. Brown, Esquire
Federal I.D. Bar No. 14961
Gregory N. Britto, Esquire
Federal I.D. Bar No. 22531
Malcolm B. Savage, III, Esquire
Federal I.D. Bar No. 20300
SHAPIRO & BROWN, LLP
10021 Balls Ford Road, Suite 200
Manassas, Virginia 20109
(703) 449-5800
ecf@logs.com
19-280521