IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION

| Gregory J. Casamento | Chapter 13 |
| --- | --- |
| Debtor(s) | Case No. 19-19424 |

LINE WITHDRAWING
PRINCE GEORGE'S COUNTY, MARYLAND'S
PROOF OF CLAIM FILED 7/25/2019 IN THE AMOUNT OF $5,086.56
FOR FISCAL YEAR 2020 REAL PROPERTY TAXES
ASSIGNED TAX ACCOUNT NO. 10 1038728 00

Dear Clerk:

PLEASE WITHDRAW Prince George's County, Maryland's Proof of Claim filed 7/25/2019 in the amount of $5,086.56 for Fiscal Year 2020 Real Property Taxes assigned Tax Account No. 10 1038728 00 filed herein.

MEYERS, RODBELL & ROSENBAUM, P.A.

By: /s/Nicole C. Kenworthy
Nicole C. Kenworthy
6801 Kenilworth Avenue, Suite 400
Riverdale, Maryland 20737-1385
301-699-5800
Attorneys for Prince George's County, Maryland

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of February, 2020 a copy of the foregoing Line was mailed by first-class mail, postage prepaid to:

Timothy P. Branigan, Esquire
Chapter 13 Trustee
9891 Broken Land Parkway
#301
Columbia, MD 21046-

James R. Logan, Esquire
James R. Logan, P.A.
2419 Maryland Avenue
Baltimore, MD 21218

/s/Nicole C. Kenworthy
Nicole C. Kenworthy

Law Offices
Meyers, Rodbell & Rosenbaum, P.A.
6801 Kenilworth Avenue
Suite 400
Riverdale, Maryland 20737-1385
(301) 699-5800
EMail: bdept@mrrlaw.net