**In the United States Bankruptcy Court**
**For the District of Maryland**

In Re: Gregory Casamento                   *            Case No. 19-19424

Debtor(s)                                       *            Chapter 13

                                               *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**LINE REQUESTING ORDER DENYING CONFIRMATION**

    Gregory Casamento, by Debtor's attorney, James R. Logan, files this Line and

requests this Court to enter an Order Denying Confirmation of this Chapter 13 Plan Without

Leave to Amend, and therein to provide the Debtor(s) 14 days to voluntarily dismiss or convert

this Chapter 13 case.

No appearance by Debtor _____

Escrow Shortage \_\_\_\_X\_

Other _____


CONSENTED TO:

Date: \_\_\_\_February 24, 2020\_\_\_\_                      \_/s/\_ Gregory Casamento_____

Date: \_\_February 24, 2020_____                     \_\_/S/James R. Logan _____
                                                     Debtor(s) Counsel/Pro Se Debtor

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a copy of the foregoing was sent electronically via ECF to the below listed parties this 24 day of February, 2020.

Timothy P. Branigan; cmecf@chapter13maryland.com

\_/S/ James R. Logan\_\_\_\_\_
James R. Logan