# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
## at Greenbelt

In re:   Case No.: **19–19424 – LSS**   Chapter: **13**

**Gregory J Casamento**
Debtor

## NOTICE OF DISMISSAL

TO: All Creditors and Interested Parties

You are hereby notified that an Order Dismissing the above case was entered on 3/24/20.

ALL PARTIES ARE HEREBY NOTIFIED, that the automatic stay imposed by 11 U.S.C. § 362(a) is terminated.

Dated: 3/24/20

Mark A. Neal, Clerk of Court
by Deputy Clerk, Lisa Alexander
301–344–3378

Form ntcdsm